# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BILLINGS DIVISION

| | | |
|---|---|---|
| MITCHELL WEST, | ) | Case No. CV-15-111-BLG-BMM |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| STATE FARM MUTUAL | ) | |
| AUTOMOBILE INSURANCE | ) | |
| COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Upon the parties' Stipulation for Dismissal with Prejudice (Doc. 45), and for good cause appearing,

IT IS HEREBY ORDERED that Plaintiff Mitchell West's claims against Defendant State Farm Mutual Automobile Insurance Company in the above-captioned civil cause be, and hereby are, **DISMISSED** with prejudice, with each party responsible for their own costs and fees.

DATED this 8th day of December, 2016.

_____
Brian Morris
United States District Court Judge

1